JAMES D. HARRIS, for Himself and All Other Stockholders, etc., Appellant, v. WILLIS P. ROGERS and Others, Respondents.

*Appeal — motion for reargument — leave to appeal to Court of Appeals.*

Motion to amend decision and order entered December 30, 1919, denied. (See *ante*, pp. 208, 217.)

PER CURIAM: In view of the fact that the complaint was dismissed as to the defendant Rogers and none of the money collected by the plaintiff was contributed by him, we concluded to review the judgment as to him, and reached the conclusion that as to him it should be affirmed. Furthermore, the defendant Rogers has stipulated to withdraw his motion to dismiss the appeal. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

---

UNITED STATES CASUALTY COMPANY, Respondent, v. EDWARD K. FENNO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THEODORE SIPOWICZ, an Infant, etc., Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

BOLESLAW SIPOWICZ, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied.

FREDERICK RIPLEY, an Infant, etc., Respondent, v. GRAND TRUNK RAILWAY COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LAURA M. F. LAKE, Respondent, v. FRED F. DYE and Others, Appellants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

M. DOROTHY ROSCOE, Respondent, v. ROCHESTER TAXICAB COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs within ten days and pay to respondent's attorney ten dollars.

JOHN B. DARLICH, Respondent, v. G. MERTON ROGERS and Others, Appellants.— Motion to correct record on appeal denied, with ten dollars costs, with leave to apply at Special Term to correct recitals in order appealed from.

ROBERT DREW DUNN and Others, Appellants, v. THOMAS BISHOP and Others, Respondents.— Appeal dismissed unless appellants shall file and serve printed briefs by January thirteenth and be ready for argument on that date.